# CERTIFICATE OF MAILING

      The undersigned hereby certifies that a true and correct copy of the attached document filed this date was served on the following by placing a copy of same in first class U.S. mail today, postage prepaid, addressed as follows:

CHARLES WILSON, ESQ.
800 PENN SECURITY BANK BLDG.
142 N. WASHINGTON AVENUE
SCRANTON, PA 18503

Date: July 24, 2007

_____
Catherine M. Sisk, Judicial Assistant

MDPA-CERTADD.WPT-REV05/01